CLINTON W. KINSELLA, Respondent, v. TRAVISS D. LOCK-WOOD, Appellant.

(Supreme Court, Appellate Term, First Department, March, 1913.)

Negotiable instruments — consideration — bills, notes and checks.

> A promissory note made payable only to the payee is non-negotiable and does not import a consideration.
>
> An allegation that such note had been given for a valuable consideration is a mere legal conclusion and not of a fact.

APPEAL by defendant from a judgment in favor of plaintiff overruling defendant's demurrer to the complaint, interposed on the ground that the complaint did not state facts sufficient to constitute a cause of action.

McLear & McLear (Robert E. McLear, of counsel), for appellant.

Respondent filing no brief.

BIJUR, J. The complaint pleads a note drawn payable to the payee, but not to order or to bearer. Under section 20 of the Negotiable Instruments Law a note in that form is not negotiable. Fulton v. Varney, 117 App. Div. 572, 575. It therefore does not import consideration. Deyo v. Thompson, 53 App. Div. 10. While the complaint alleges that it had been given " for a valuable consideration," such an allegation is merely a statement of a legal conclusion and not of a fact. Browning, King & Co. v. Terwilliger, 144 App. Div. 516, 519.

Judgment reversed and demurrer sustained, with leave, however, to plaintiff to plead over within six days, on payment of costs of the action to date and with costs of this appeal to appellant.

SEABURY and GERARD, JJ., concur.

Judgment reversed, and demurrer sustained, with leave to plaintiff to plead over on payment of costs, with costs of this appeal to appellant.